# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2370

_____

| | | |
|---|---|---|
| Michael D. Eanes, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jayne Montgomery, Clinical Director; | * | Western District of Missouri. |
| | * | |
| Appellee, | * | [UNPUBLISHED] |
| | * | |
| John Moss, Phase II Supervising | * | |
| Counselor; D.B. Overbey, Primary | * | |
| Counselor, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: April 5, 2000
Filed: April 14, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Michael Eanes, a Missouri inmate, appeals following the District Court's[1] grant of summary judgment to Jayne Montgomery, Clinical Director of the Drug Treatment

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

Program at the Ozark Correctional Center, in his 42 U.S.C. § 1983 (Supp. III 1997) action.  After reviewing the record and the parties' briefs, we conclude summary judgment was properly granted.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.